AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

|   |   |
|---|---|
| United States of America<br>v.<br>Alexander GARCIA VARGAS | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  2:25-mj-00078

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____December 6, 2025_____ in the county of _____Charleston_____ in the
District of _____South Carolina_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 111(a)(1) | Assaulting, Resisting, or Impeding a Federal Officer |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Moody, Special Agent
_____
*Printed name and title*

Sworn to me via telephone or other reliable electronic means
and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  _____12/08/2025_____

_____
*Judge's signature*

City and state:  _____Charleston, South Carolina_____     Mary Gordon Baker, US Magistrate Judge
_____
*Printed name and title*

Print     Save As...     Attach     Reset

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 2:25-mj-00078 |
| v. | |
| Alexander Garcia Vargas, | |
| Defendant. | |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
A CRIMINAL COMPLAINT**

I, David Moody, being duly sworn, declare and state as follows:

**PURPOSE OF AFFIDAVIT**

1.     This affidavit is made in support of a criminal complaint against **Alexander GARCIA VARGAS**, charging him with violating Title 18, United States Code, Section 111 (Assaulting, Resisting, or Impeding a Federal Officer).

2.     I make this Affidavit based upon personal knowledge derived from my participation in this investigation and/or information that I have learned from discussions with Special Agents of HSI and/or other law enforcement officers; from the review of written reports of investigations; from physical surveillance conducted by federal agents and/or other law enforcement officers; and from my experience and training.

3.     Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom I have spoken or whose report I have read and reviewed.  Such statements are stated in substance, unless otherwise indicated.  Wherever in this Affidavit I state a belief, such belief is based upon my training and experience and the information obtained through this investigation.

4.     Since this Affidavit is being submitted for the limited purpose of showing sufficient probable cause for the requested complaint and arrest warrant, I have not included each and every fact about this investigation.  I have only set forth those facts which I believe are necessary to establish that there is probable cause to believe that the Offense listed herein have been violated.

## BACKGROUND OF SPECIAL AGENT DAVID MOODY

5.     I am a Homeland Security Investigations (HSI) Special Agent and have been employed as such since April 2002.  I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

6.     I am currently assigned to HSI's office in Charleston, South Carolina.  My responsibilities as a Special Agent include conducting investigations of transnational criminal organizations involved in crimes occurring across the international border and into the United States.  These investigations are often coordinated with personnel from U.S. Customs and Border Protection, U.S. Border Patrol, and other local, state, and federal law enforcement officers. I am a graduate of the Federal Law Enforcement Training Center and the U.S. Customs Service Academy.  As a Special Agent with HSI, I have received training in the investigation and prosecution of violations of Customs and Immigration laws.  Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including Title 18, United States Code, Section 111, and I am authorized by law to request a complaint.

7.     During my time as a HSI Special Agent, I have received specialized training regarding federal offenses including human smuggling, immigration law, narcotics smuggling, physical and electronic surveillance techniques, undercover operations, witness interviewing, and

criminal investigations. Through specialized training and experience, I am able to identify characteristics, patterns, and evidence of criminal networks. I have also been personally involved in investigations involving drug trafficking, human smuggling, child exploitation, human trafficking, and various intricate financial criminal networks.

## THE OFFENSE

8.      I submit there is probable cause to believe that **GARCIA VARGAS** violated the following federal statute and therefore request the Court approve a criminal complaint charging him with:

>   a.    *Assaulting, Resisting, or Impeding a Federal Officer*: 18 U.S.C. § 111(a)(1) makes it a federal crime to assault, resist, or impede a federal officer in the performance of his or her duties. The elements of the offense are: (1) that the defendant assaulted, resisted, impeded, intimidated, or interfered with an officer or employee of the United States as designated in 18 U.S.C. § 1114; (2) that the defendant did so forcibly, (3) that the defendant did so while the employee was engaged in or on account of the performance of official duties; and (4) that the defendant acted intentionally.

## STATEMENT OF PROBABLE CAUSE

9.      On or about December 6, 2025, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) and Customs and Border Protection (CBP) Officers were supporting an immigration enforcement operation being led by ICE – ERO in the City of North Charleston, South Carolina, which is within the District of South Carolina.

10.      At approximately 10:30 a.m., ICE – ERO and CBP officers were conducting an immigration enforcement operation on Dorchester Road in North Charleston, South Carolina, in an area known to ERO officers as a place where high numbers of illegal aliens reside. As part of the operation, officers were observing vehicle license plates and conducting law enforcement checks on the tags to identify the owner/occupants and potentially any criminal activity associated with the vehicle and/or owner/occupants.

11.      During this operation officers observed a dark colored Infiniti sedan traveling on

Dorchester Road bearing South Carolina vehicle tag 2477SC. The vehicle tag was queried through the South Carolina Department of Motor Vehicles and came back as registered to **GARCIA VARGAS**. **GARCIA VARGAS** was then queried through an ICE law enforcement database and determined to be an individual that was illegally present in the United States with a final order of removal.[1]

12. Officers conducted a vehicle stop of the individual driving the vehicle, who was also its sole occupant. The individual appeared to be **GARCIA VARGAS**. Several officers, wearing government issued equipment and Police identifying markings, approached the vehicle and made contact with **GARCIA VARGAS**. **GARCIA VARGAS** refused to roll down his window, but did show officers an identification card, which confirmed his identity as **GARCIA VARGAS**.

13. Officers told **GARCIA VARGAS** to exit the vehicle. He did not. Instead, he became non-compliant and resisted and impeded officers' attempts to remove him from the vehicle and arrest him for immigration violations.

14. After **GARCIA VARGAS** became non-compliant, ERO Officer Bryan Moser attempted to breach the driver's side window to unlock the door and remove **GARCIA VARGAS**.[2] After the glass was broken, **GARCIA VARGAS** began intentionally driving his vehicle, hitting two ERO vehicles and forcibly hitting Officer Moser's elbow, causing a laceration to his hand from the broken vehicle window glass. Two other ERO officers were able to jump away without being hit by the vehicle. **GARCIA VARGAS** then fled the scene, driving down

---

[1] **GARCIA VARGAS** is a citizen of Guatemala. **GARCIA VARGAS** illegally entered the United States in August 2018, at or near Lukeville, Arizona. **GARCIA VARGAS** was ordered deported by an Immigration Judge on October 13, 2022.

[2] Officer Moser is an officer or employee of the United States as designated in 18 U.S.C. § 1114.

Dorchester Road with ERO officers following in pursuit.

15.     After **GARCIA VARGAS** fled the scene of the vehicle stop, **GARCIA VARGAS** lost control of his vehicle and struck a third vehicle, which was occupied by two CBP Officers. ERO and CBP officers were then able to remove **GARCIA VARGAS** from his wrecked vehicle and place him under arrest.  **GARCIA VARGAS** was subsequently transported to the ERO office and processed for his immigration violations. He is presently detained at the Dorchester County Detention Center on immigration charges.

## <u>CONCLUSION</u>

16.     For all the reasons described above, there is probable cause to believe that **GARCIA VARGAS** has committed a violation of Title 18, United States Code, Section 111, Assaulting, Resisting, or Impeding a Federal Officer.

17.     This affidavit has been reviewed by Assistant United States Attorney Cole Shannon.

18.     I swear that the forgoing is true and correct to the best of my knowledge.


Respectfully Submitted,

David Moody
Special Agent
Homeland Security Investigations


Attested to by the applicant in accordance with the
requirements of Fed. R. Crim. P. 4.1 by telephone
on this 8th day of December 2025.

HONORABLE MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE

5